IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cv-1791-JLK

BRYON FETTY,

    Plaintiff,

vs.

SOUTH FORK HARVESTERS INC., and
ANDREW WILHELM,

    Defendants.

**ORDER RE: STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE**

THE COURT, having reviewed the parties' Stipulated Motion to Dismiss All Claims With Prejudice (ECF No. 146), and being fully advised,

It is hereby ORDERED that this matter is DISMISSED, with each party to bear his own fees and costs.

DATED this 20th day of December, 2022.

BY THE COURT:

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE